# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEUKA ADIBISHA JACKSON,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>Respondent. | Case No. ED CV 13-0234 MWF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 18, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE